**RECEIVED**

JAN 16 2020

CLERK SUPREME COURT

**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEBRA D. LUCAS DEPUTY

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

January 15, 2020

Clerk of the Arizona Supreme Court
1501 W. Washington Street
402 Arizona State Courts Building
Phoenix, AZ 85007-3329

Re: **U.S. Dist. Ct. No. CV-03-775-PHX-DGC** (Murray, et al v. Schriro, et al)

Arizona Supreme Court Numbers: **CR-92-441-AP and CR-02-146-PC**

Dear Clerk:

The state court records in the above-referenced cases are being returned to you pursuant to the order dated December 27, 2019. The state court records are being returned to you via UPS (tracking numbers 1Z8347710391276037 and 1Z8347710391382243), consisting of two boxes containing 70 volumes for the direct appeal Arizona Supreme Court No: CR-92-441-AP, and the post conviction relief Arizona Supreme Court No: CR-02-146-PC.

Please acknowledge receipt of the state court record on the enclosed copy of this letter and return it to this office.

Sincerely,

Brian D. Karth, DCE/CLERK OF COURT

By : s/H Antrum

Deputy Clerk

PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE
PROVIDED

Received by: Kriptle Jimenez    Dated 1-16-2020

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*